IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ERVIN LEE MCFERRIN | § | |
| VS. | § | CIVIL ACTION NO. 1:14cv486 |
| ROBERT BEHRNS | § | |

## MEMORANDUM OPINION

Plaintiff Ervin Lee McFerrin, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983.[1]

## Procedural Background

On December 18, 2015, the court entered an order directing plaintiff to provide the court with additional information concerning his complaint. Plaintiff was given 30 days to comply with the court's order. Plaintiff acknowledged receipt of the court's order on December 22, 2015. However, plaintiff has not complied with the court's order or otherwise contacted the court regarding this matter.

## Discussion

Federal Rule of Civil Procedure 41(b) authorizes a district court to dismiss an action for failure to prosecute or for failure

---

[1] This case was directly assigned to the undersigned magistrate judge pursuant to this district's General Order 14-10. Plaintiff has provided voluntary written consent to have the assigned magistrate judge conduct all further proceedings in this case, including entry of final judgment, in accordance with 28 U.S.C. § 636. The defendants in this action have not been served with process and, as a result, have not appeared. As a result, their consent is not needed for the undersigned to make a final determination in this matter. *See Neals v. Norwood*, 59 F.3d 530, 532 (5th Cir. 1995).

to comply with any order of the court. *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998). "This authority [under Rule 41(b)] flows from the court's inherent power to control its docket and prevent undue delays in the disposition of pending cases." *Boudwin v. Graystone Insurance Co., Ltd.*, 756 F.2d 399, 401 (5th Cir. 1985).

By failing to comply with the order described above, plaintiff has failed to diligently prosecute this case. As a result, this case will be dismissed without prejudice for want of prosecution.

## Conclusion

For the reasons set forth above, this lawsuit will be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b). An appropriate final judgment shall be entered. If plaintiff wishes to have this case reinstated on the court's docket, he may do so by complying with the court order described above within 30 days of the date set forth below.

**SIGNED** this  26  day of  January , 2016.

KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE